**No. 10-8029. Bruce Scott Ziskind, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1034, 178 L. Ed. 2d 854, 2011 U.S. LEXIS 675.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-8035. Sean Branch, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1034, 178 L. Ed. 2d 854, 2011 U.S. LEXIS 700.

January 18, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 989 A.2d 711.

**No. 10-8046. Jerovan Benitez, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1034, 178 L. Ed. 2d 854, 2011 U.S. LEXIS 649.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 395 Fed. Appx. 120.

**No. 10-8317. Cleve Foster, Petitioner v. Texas.**

562 U.S. 1194, 131 S. Ct. 1034, 178 L. Ed. 2d 854, 2011 U.S. LEXIS 651.

January 18, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-1212. Norfolk Southern Railway Company, Petitioner v. Billy Groves, Individually, dba Savannah Re-Load, et al.**

562 U.S. 1194, 131 S. Ct. 993, 178 L. Ed. 2d 854, 2011 U.S. LEXIS 636.

January 18, 2011. Motion of Association of American Railroads for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 586 F.3d 1273.

**No. 10-237. Craig Buonora, Individually and in His Official Capacity as Police Officer, Petitioner v. Darryl T. Coggins.**

562 U.S. 1194, 131 S. Ct. 995, 178 L. Ed. 2d 854, 2011 U.S. LEXIS 673.

**No. 10-453. Apotex, Inc., Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services, et al.**

562 U.S. 1194, 131 S. Ct. 1000, 178 L. Ed. 2d 854, 2011 U.S. LEXIS 696.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 384 Fed. Appx. 4.